UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> THE STATE OF WASHINGTON, <br><br> Respondent. | Case No. C22-5344-RSL-SKV <br><br> REPORT AND RECOMMENDATION |

Mr. Demos has filed what appears to be a proposed habeas petition. Dkt. 1. Mr. Demos' petition is somewhat difficult to understand, but he appears to assert that the standing bar orders issued and enforced by the judges of this Court violate an Act of Congress, and that the United States Supreme Court, therefore, has original jurisdiction to provide him with extraordinary relief. Mr. Demos did not, however, submit with his materials the requisite filing fee for this action.[1]

---

[1] Mr. Demos references in the caption of his pleading a federal habeas action he previously filed in this Court, Case No. C22-0546-RAJ-SKV, and he appears to take issue with the content of the Report and Recommendation issued in that action. *See* Dkt. 1. Any challenges to the Report and Recommendation issued in Case No. C22-0546-RAJ-SKV should have been presented in that case in the form of objections to the Report and

REPORT AND RECOMMENDATION
PAGE - 1

An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 14, 2022**.

Dated this 19th day of September, 2022.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

---

Recommendation. As Mr. Demos elected not to proceed in that fashion, this Court treats his current submission as a new habeas action.

REPORT AND RECOMMENDATION
PAGE - 2