# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF WASHINGTON,<br><br>Defendant. | Case No. C22-5344-RSL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) The Clerk shall administratively CLOSE this matter. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

(3) The Clerk shall send copies of this Order to Petitioner and to Judge Vaughan.

IT IS SO ORDERED.

DATED this 27th day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1